Form 604

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Silvia A Paesano** | : | Case No. 17−23635−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 115 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 10/12/22 at 03:00 PM |

### ORDER SCHEDULING DATE
### FOR RESPONSE AND HEARING ON MOTION

*AND NOW,* this *The 29th of July, 2022*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 115 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** *and* **DECREED** that:

(1) **On or before September 12, 2022**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on *October 12, 2022 at 03:00 PM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23635-GLT |
| Silvia A Paesano | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 29, 2022 | Form ID: 604 | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Silvia A Paesano, 405 Welker Street, Jeannette, PA 15644-1863 |
| cr | + | M&T BANK, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |
| 14712205 | | Berkheimer Assoc,Agent for Jeannette Cty S.D., Berkheimer Tax Administrator, HAB DLT Legal, P.O. Box 20662, Lehigh Valley, PA 18002-0662 |
| 14689934 | + | Berkheimer Tax Administrator, PO Box 25153, Lehigh Valley, PA 18002-5153 |
| 14689936 | + | Centers for Rehab Services, PO Box 371980, Pittsburgh, PA 15250-7980 |
| 14689938 | + | City of Jeannette, Department of Sanitation, 110 S. 2nd Street, Jeannette, PA 15644-2114 |
| 14689947 | + | Westmoreland County Tax Claim Bureau, 40 N Pennsylvania Avenue, Suite 109, Greensburg, PA 15601-2341 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14689933 | + | Email/Text: asi@auditsystemsinc.net | Jul 30 2022 00:22:00 | Audit Systems Incorporated, 3696 Ulmerton Road, Suite 200, Clearwater, FL 33762-4237 |
| 14689935 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 30 2022 00:25:00 | Capital One Card Services, PO Box 71107, Charlotte, NC 28272-1107 |
| 14726425 | | Email/PDF: bncnotices@becket-lee.com | Jul 30 2022 00:35:24 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14689939 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jul 30 2022 00:22:00 | Credit Management Company, 2121 Noblestown Road, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 14689940 | + | Email/Text: bncnotifications@pheaa.org | Jul 30 2022 00:22:00 | Fed Loan Servicing, PO Box 69184, Harrisburg, PA 17106-9184 |
| 14689937 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 30 2022 00:24:39 | Chase Bank USA, PO Box 15298, Wilmington, DE 19850 |
| 14689942 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 30 2022 00:21:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14689943 | | Email/Text: camanagement@mtb.com | Jul 30 2022 00:22:00 | M&T Bank, P.O. Box 62182, Baltimore, MD 21264 |
| 14734691 | | Email/Text: camanagement@mtb.com | Jul 30 2022 00:22:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240 |
| 14689944 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 30 2022 00:21:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14756591 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 30 2022 00:21:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14690242 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 30 2022 00:24:52 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| Recip ID | | | | |
|---|---|---|---|---|
| 14770577 | | Email/Text: bnc-quantum@quantum3group.com | Jul 30 2022 00:22:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14689945 | ^ | MEBN | Jul 30 2022 00:20:35 | Receivable Mgmt Svcs, 240 emery Street, Bethlehem, PA 18015-1980 |
| 14689946 | + | Email/Text: rmcbknotices@wm.com | Jul 30 2022 00:22:00 | Waste Management, 625 Cherrington Parkway, Coraopolis, PA 15108-4321 |
| 14756150 | + | Email/Text: rmcbknotices@wm.com | Jul 30 2022 00:22:00 | Waste Management, 2625 W. Grandview Rd #150, Phoenix, AZ 85023-3109 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14689932 | ##+ | Alltran Financial, LP, PO Box 610, Sauk Rapids, PA 56379-0610 |
| 14689941 | ##+ | Grace Care, LLC, 493 Main St, Prince Frederick, MD 20678-3186 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Silvia A Paesano bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Christopher M. McMonagle | on behalf of Creditor M&T BANK cmcmonagle@timoneyknox.com  bkecf@sterneisenberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Miller | on behalf of Creditor M&T BANK wmiller@friedmanvartolo.com  wedwardmiller@gmail.com |

TOTAL: 6